Gene HALEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 10, 1961.

Damon A. Vaughn, Dixon, for appellant.

John B. Breckinridge, Atty. Gen., Martin Glazer, Asst. Atty. Gen., for appellee.

PER CURIAM.

Gene Haley was convicted on a charge of possessing liquor in violation of the Local Option Law. His punishment was fixed at 30 days' confinement in jail and in addition thereto a fine of $100 was imposed.

Haley has filed a motion for appeal. The briefs have been considered and the record has been examined. We find no prejudicial error. The motion for appeal is overruled and the judgment is affirmed.